McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
NOV 2 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:
1369 East Lindo, Apt. #34
Chico, California 95926

NO. 2:07-SW-337 DAD

[~~PROPOSED~~] ORDER

**[IN CAMERA AND UNDER SEAL]**

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the search warrant in the above-entitled proceedings, together with its application and Memorandum of Points and Authorities <u>in camera</u> and <u>under seal</u>. Upon consideration of the application and the entire record herein,

//
//
//
//
//
//
//
//

1  IT IS HEREBY ORDERED that the affidavit underlying the
2  search warrant in the above-entitled proceedings, together with
3  the application of the United States and the accompanying
4  Memorandum of Points and Authorities, and this order shall be
5  filed with this Court _in camera_ and _under seal_ and shall not be
6  disclosed to any person unless otherwise ordered by this Court.

8  DATED: This 26th day of November, 2007.

               _____
               DALE A. DROZD
               UNITED STATES MAGISTRATE JUDGE

13 Presented by:

   _____
15 RUSSELL L. CARLBERG
   Assistant United States Attorney

2