**FILED**

NOV 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**SEALED**

| | |
|---|---|
| IN RE: APPLICATION TO FILE ) | No. 2:07-SW-337 DAD |
| AFFIDAVIT IN SUPPORT OF ) | |
| SEARCH WARRANT IN CAMERA AND ) | |
| UNDER SEAL ) | [~~Proposed~~] DAD SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the affidavit submitted in support of the search warrant in the above-captioned matter be, and is, hereby ordered sealed until ~~further order of this Court.~~ an indictment is returned and the first defendant is arrested, DAD absent further order by the Court.

Date: 11/26/07

Dale A. Drozd

HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE