



1 McGREGOR W. SCOTT
United States Attorney
2 RUSSELL L. CARLBERG
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2748

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE: SEALED APPLICATION    )   CR. NO. 2:07-SW-337 DAD
   AND AFFIDAVIT IN THE         )
12 MATTER OF THE SEARCH OF      )
   1219 PLEASANT GROVE BLVD.    )   Application For Order Unsealing
13 ROSEVILLE, CALIFORNIA 95678  )   the Application and Affidavit in
                                )   Support of Search Warrant;
14 _____)   [Proposed] Order

15

16
       TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE
17
   JUDGE:
18
       COME NOW  Russell L. Carlberg, Assistant United States Attorney
19
   for the Eastern District of California, to petition this Court and
20
   respectfully represent:
21
       1.   On November 26, 2007, this Court issued an order sealing
22
   the Application and Affidavit in Support of Search Warrant in the
23
   above-referenced case.
24
       2.   On or about November 29, 2007, federal agents executed the
25
   search warrant at the above-captioned business address.
26
       3.   It is in the interests of the public and the administration
27
   of justice to unseal the application and affidavit in this case.
28

THEREFORE, your petitioner prays that the aforesaid application and affidavit be unsealed and made part of the public record.

Dated: December 26, 2007

Respectfully submitted,

McGREGOR W. SCOTT
U.S. ATTORNEY

by: /s/ Russell L. Carlberg
RUSSELL L. CARLBERG
Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in case No. 2:07-SW-337 DAD be unsealed and made part of the public record.

DATED: 12-26-07

/s/ Edmund F. Brennan
HON. EDMUND F. BRENNAN
United States Magistrate Judge